UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEGGY A. WILLIAMS,

　　　　Plaintiff,

　　v.

AT&T INC.,

　　　　Defendant.

Case No.  26-cv-02458-PCP

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 11

　　　　Defendant AT&T, Inc. has moved to expedite the briefing and hearing schedule for its motion to stay proceedings or, in the alternative, to extend its deadline to respond to plaintiff Peggy Williams's amended complaint. The request to expedite is DENIED. The request for a 60-day extension is GRANTED. Absent a further order from the Court, AT&T shall file its response to Ms. Williams's complaint by no later than July 10, 2026.

　　　　**IT IS SO ORDERED.**

Dated: May 11, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California